The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEBORAH A. MULLEN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MENU FOODS, a foreign corporation, <br><br> Defendant. | No.  CV 07-0689 JLR <br><br> CERTIFICATE OF SERVICE |

I, Cheryl Lee, say:

I hereby certify that on May 15, 2007, I electronically filed the Stipulation and (proposed) Order Staying All Proceedings and for Preservation of Evidence, and this Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via electronic service, these documents to the following:

Steve W. Berman
Hagens Berman  Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
steve@hbsslaw.com

Michael David Myers
Myers & Company
1809 Seventh Avenue, Suite 700
Seattle, WA  98101
mmyers@myers-company.com

CERTIFICATE OF SERVICE - CV 07-0689 JLR - 1

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.co

1  DATED this 15th day of May, 2007, at Seattle, Washington.

2

3                                          /s/ Cheryl Lee
   Cheryl Lee
4  Legal Assistant to Jeffrey T. Kestle

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

CERTIFICATE OF SERVICE – CV 07-0689 JLR - 2

GARDNER  BOND  TRABOLSI PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318